IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEI KE,<br><br>        Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 11-6708 |

## ORDER

**AND NOW**, this 14th day of March 2013, upon consideration of Defendants' Motion to Partially Dismiss Plaintiff's Second Amended Complaint (Doc. No. 31), Plaintiff's Response in Opposition (Doc. No. 33), the arguments made at the September 24, 2012 hearing, and in accordance with the accompanying Opinion of the Court on Defendant's Motion to Partially Dismiss Plaintiff's Second Amended Complaint issued this day, it is **ORDERED** that:

1. Defendants' Motion to **Partially** Dismiss Plaintiff's Second Amended Complaint against Defendants Drexel University, John Fry, Richard Homan, Samuel Parrish, Amy Fuchs, Jennifer Hamilton and Anthony Sahar (Doc. No. 31) is **GRANTED**.

2. Counts VI, VII, and IX are **DISMISSED WITH PREJUDICE**.

3. Counts I and II are **DISMISSED WITH PREJUDICE** against Defendant John Fry **ONLY**.

4. Defendant John Fry is accordingly **DISMISSED** as a Defendant in this case.

5. Defendants shall file an Answer to the remaining Counts in the Second Amended Complaint within twenty days of the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.