IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEI KE,

                    Plaintiff,
                                                          CIVIL ACTION
    v.                                                    NO. 11-6708

DREXEL UNIVERSITY, et al.,

                    Defendant.


# ORDER

**AND NOW**, this 14th day of March 2013, upon consideration of Plaintiff's Second

Motion for a Preliminary Injunction (Doc. No. 34), the response of Defendants (Doc. No. 35),

the arguments made at the September 24, 2012 hearing, and in accordance with the

accompanying Opinion of the Court on Plaintiff's Motion for a Preliminary Injunction issued

this day, it is **ORDERED** that Plaintiff's Second Motion for a Preliminary Injunction (Doc. No.

34) is **DENIED**.

                                        BY THE COURT:


                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.