IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEI KE,<br><br>        Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 11-6708 |

## ORDER

**AND NOW**, this 4th day of October 2013, upon consideration of Plaintiff's Motion for Reconsideration of the Motion to Amend (Doc. No. 133), Defendant's Response (Doc. No. 134), Plaintiff's Reply (Doc. No. 138), Plaintiff's Letter, dated August 11, 2013 (Doc. No. 207), Defendant's Letter, dated August 26, 2013 (Doc. No. 205), Plaintiff's Letter, dated August 28, 2013 (Doc. No. 178), Plaintiff's Motion for Reconsideration of the Motion to Dismiss (Doc. No. 159), and Defendant's Response (Doc. No. 197), it is **ORDERED** that:

1. Plaintiff's Motion for Reconsideration of the Motion to Amend (Doc. No. 133.) is **DENIED.**

2. Plaintiff's Motion for Reconsideration of the Motion to Dismiss (Doc. No. 159) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.