IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEI KE,<br><br>              Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY, et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 11-6708 |

## ORDER

**AND NOW**, this 20th day of March 2014, upon consideration of Plaintiff's Emergency Motion for Clarification of the Court's Nov. 27, 2013 Order (Doc. 317) (Doc. No. 435), it is **ORDERED** that:

1. Plaintiff's Emergency Motion for Clarification of the Court's Nov. 27, 2013 Order (Doc. 317) (Doc. No. 435) is **GRANTED IN PART AND DENIED IN PART.** The Court's November 27, 2013 Order (Doc. No. 317) is modified as follows: Plaintiff may ask questions at depositions regarding the information contained in the redacted student files and cross-referenced spreadsheets in accordance with the Opinion of the Court dated March 20, 2014.

2. Defendant shall provide Plaintiff with the un-redacted records of the two students who do not object to the release of their personally identifying information.

3. Defendant shall provide Plaintiff with the redacted medical school files of the students listed on the spreadsheets.

4. Defendants shall provide these records to Plaintiff by **5 p.m. on Friday, March 21, 2014**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.