IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEI KE,<br><br>        Plaintiff,<br><br>   v.<br><br>DREXEL UNIVERSITY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 11-6708 |

## ORDER

**AND NOW**, this 4th day of September 2015, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 632), Defendants' Cross-Motion for Summary Judgment (Doc. No. 634), Plaintiff's Response to Defendants' Cross-Motion (Doc. No. 640), Defendants' Response to Plaintiff's Motion (Doc. No. 647), Plaintiff's Reply to Defendants' Response (Doc. No. 652), Defendants' Reply to Plaintiff's Response (Doc. No. 653), all related exhibits and filings, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 634) on all remaining claims is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 632) on all remaining claims is **DENIED**;

3. Any outstanding motions are **DENIED AS MOOT**;

4. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.